UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA,

        Plaintiff,

-v-                                  04-CV-20S(Sr)

$53,950 UNITED STATES CURRENCY,

        Defendant.

**ORDER OF FORFEITURE**

Based upon the stipulation for settlement executed on May 13, 2005, in the above captioned litigation, and after review and due deliberation, it is hereby

**ORDERED**, that $32,370 of the defendant currency be and hereby is forfeited to the United States pursuant to Title 31, United States Code, Sections 5317 and 5332(c); and it is further

**ORDERED**, that the remaining $21,580 of the defendant currency be returned to the claimant through his attorney, Herbert L Grenman, Esq., by the United States Customs and Border Protection; and it is further

**ORDERED**, that the forfeited defendant currency be disposed of in accordance with law; and it is further

**ORDERED**, that any claims to the defendant currency are hereby forever barred and that the United States District Court for the Western District of New York shall retain jurisdiction over any dispute concerning a breach of this agreement.

Dated: Buffalo, New York, May 25, 2005

/S/William M. Skretny
HONORABLE WILLIAM M. SKRETNY
UNITED STATES DISTRICT JUDGE